Motion DENIED.

IN THE UNTIED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

IN RE:                                        )
                                              )
CUMMINGS MANOOKIAN, PLLC,                     )
    Debtor.                                   )
                                              )
BRIAN MANOOKIAN, MANOOKIAN,                   )     **Case No. 3:23-cv-00392**
PLLC, AFSOON HAGH, AND HAGH                   )     **Judge Trauger**
LAW PLLC,                                     )
    Appellants,                               )
                                              )
v.                                            )
                                              )     ***On Appeal from the United States***
JEANNE ANN BURTON, TRUSTEE,                   )     ***Bankruptcy Court for the Middle District of***
    Appellee.                                 )     ***Tennessee***
                                              )     ***Case No. 3:20-ap-90002***
                                              )

## BANKRUPTCY TRUSTEE'S MOTION TO DISMISS APPEAL

COMES NOW Appellee Jeanne Ann Burton, the Chapter 7 Trustee in the underlying bankruptcy matter (the "Trustee"), and moves this Court to dismiss the appeal filed by Brian Manookian, Manookian PLLC, Afsoon Hagh, and Hagh Law PLLC (the "Appellants"), pursuant to Rule 8013 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Local Rule 81.01.  In support of this motion, the Trustee states as follows:

1.        On April 5, 2023, the Bankruptcy Court entered an Order Denying Motion to Disqualify Bankruptcy Judge Charles Walker (the "Order").  *See* Bankruptcy Docket No. 229.

2.        On April 18, 2023, the Appellants filed Brian Manookian, Manookian PLLC, Afsoon Hagh, and Hagh Law PLLC's Notice of Appeal and Statement of Election (the "Notice of Appeal").  *See* Bankruptcy Docket No. 231.

3.        Pursuant to Bankruptcy Rule 8009, and as noted on the Bankruptcy Docket at entry 231, the Appellants' designation of the items to be included in the record on appeal (the "Designation") and the statement of the issues to be presented (the "Statement of Issues") was